UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------X

GOLDEN BAY ENTERPRISES, INC.,

                Plaintiff,          **NOTICE OF MOTION**

   -against-                    **CASE NO. 00-CV-6977 (CBA) (JMA)**

WAL-MART STORES, INC.,

                Defendant.
----------------------------------------------X

SIRS:

     **PLEASE TAKE NOTICE** that upon the attached Affirmation of James W. Badie, affirmed the 18th day of January, 2008, and upon the Complaint herein, plaintiff will move this court, before the Hon. Joan M. Azrack, U.S.D.J., in Room 1210S, United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, on the 22nd day of February, 2008, at 9:30 a.m. or as soon as counsel can be heard, for an order pursuant to the Federal Rules of Civil Procedure and applicable rules of the Eastern District of New York, granting this motion to reopen the case and schedule a Conference to discuss the dispute between the parties regarding compliance with the Settlement Agreement.

Dated: New York, New York
         January 22, 2008

                                  James W. Badie
                                  Stoll, Miskin & Badie
                                  *Attorneys for Plaintiff Golden Bay Enterprises*
                                  The Empire State Building
                                  350 Fifth Avenue, Suite 4710
                                  New York, New York 10118
                                  Telephone: (212) 244-5632
                                  Facsimile: (212) 244-1364
                                  Email: badielaw@worldnet.att.net

Please purchase Image To PDF Converters on http://www.verypdf.com/ to remove this message, thank you.

TO:  John James McGlew, Esq.
     McGlew and Tuttle, P.C.
     *Attorneys for Defendant Wal-Mart Stores, Inc.*
     Scarborough Station Plaza
     Scarborough, New York 10510-9227
     Telephone: (914) 941-5775
     Facsimile: (914) 941-5855
     Email: jjmcglew@mcglewtuttle.com

Please purchase Image To PDF Converters on http://www.verypdf.com/ to remove this message, thank you.