UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------X
                        :

GOLDEN BAY ENTERPRISES, INC.,     :

                        :

           Plaintiff,    :    **AFFIRMATION OF SERVICE**

                        :

    -against-            :    **CASE NO. 00-CV-6977 (CBA) (JMA)**

                        :

WAL-MART STORES, INC.,        :

                        :

          Defendant.   :
----------------------------------------------------X

I, James W. Badie, Esq., declare under penalty of perjury that I have served a copy of the attached Notice of Motion, Memorandum of Law, Letter, Stipulation of Dismissal and Settlement Agreement upon:

        John James McGlew, Esq.
        McGlew and Tuttle, P.C.
        Attorneys for Defendant Wal-Mart Stores, Inc.
        Scarborough Station Plaza
        Scarborough, New York  10510-9227

Dated: New York, New York
       January 22, 2008

                      James W. Badie
                      Stoll, Miskin & Badie
                      *Attorneys for Plaintiff Golden Bay Enterprises*
                      The Empire State Building
                      350 Fifth Avenue, Suite 4710
                      New York, New York 10118
                      Telephone: (212) 244-5632

Please purchase Image To PDF Converters on http://www.verypdf.com/ to remove this message, thank you.