APPENDIX II(a).

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

Golden Bay Enterprises,                )
                                       )
              Plaintiff,               )
                                       )
       vs.                             )   C.A. No.: CV-00-6977 (CBA)
                                       )
Wal-Mart Stores, Inc.                  )
                                       )
              Defendant.               )

STIPULATION OF DISMISSAL.

      The parties have entered into a settlement agreement as to all issues before the court in the captioned matter, and hereby stipulate dismissal of the Complaint and all Counterclaims with prejudice with the Court retaining jurisdiction of the parties as to settlement, and with each party bearing its own costs and attorney's fees.

      It is so ORDERED this 13 day of Oct , 2004.

_____
Joan M. Azrack
United States Magistrate Judge

STIPULATED TO

_____
James Badie
Counsel for Plaintiff

_____
John James McGlew
Counsel for Defendant

Please purchase Image To PDF Converters on http://www.verypdf.com/ to remove this message, thank you.