D+F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

GOLDEN BAY ENTERPRISES, INC.,        **ORDER**

                 Plaintiff,        CV-00-6977 (CBA) (JMA)

-against-

WALMART STORES, INC.,

                 Defendant.
------------------------------------------------------------------- X

Plaintiff having filed a motion to reopen this case due to a dispute over compliance with the settlement agreement, a conference will be held on FEBRUARY 13, 2008, at 11:30 A.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in Room 1210S, 225 Cadman Plaza East, Brooklyn, New York. All counsel representing parties to the settlement agreement must be present.

The Court is in receipt of papers filed by counsel for Willis Electric Co. Ltd. via Federal Express. **Counsel is reminded that ECF filing is mandatory in the Eastern District of New York at this time, and is directed to review Administrative Order 2004-08, which is available on the Eastern District website at http://www.nyed/uscourts.gov.**

If any party wishes an adjournment or earlier conference date, a letter request stating cause should be filed via ECF at least forty-eight (48) hours before the scheduled conference.

SO ORDERED.

Dated: Brooklyn, New York          s/Hon. Joan M. Azrack
        FEBRUARY 5, 2008

                                                       JOAN M. AZRACK
                                                       UNITED STATES MAGISTRATE JUDGE