JOAN M. AZRACK  DATE  Feb 13 08
UNITED STATES MAGISTRATE JUDGE

DOCKET NO. __CV-00-6977 (CBA)__  CASE: __Golden Bay v. Wal-Mart__

\_\_\_\_ INITIAL CONFERENCE  \_\_\_\_ DISCOVERY CONFERENCE

\_\_\_\_ SETTLEMENT CONFERENCE  \_\_\_\_ STATUS CONFERENCE

\_\_\_\_ FINAL/PRE-TRIAL CONFERENCE  \_\_\_\_ TELEPHONE CONFERENCE

MANDATORY DISCLOSURE DUE DATE \_\_\_\_  15\_\_ 30\_\_ 45\_\_ 60\_\_

FOR PLAINTIFF: _____

FOR DEFENDANT: John McGlew

\_\_\_\_ DISCOVERY TO BE COMPLETED BY _____
\_\_\_\_ NEXT CONFERENCE SCHEDULED FOR  2/26/08 noon tel
\_\_\_\_ PRE-TRIAL ORDER TO BE SUBMITTED TO CLERK'S OFFICE BY:

PLAINTIFF: _____  DEFENDANT: _____

**THE FOLLOWING RULINGS WERE MADE [PLEASE ENTER ON DOCKET SHEET]:**

Pl. counsel did not appear despite notification by chambers.

Tel conf 2/26/08 12:00 noon