# MINUTE ENTRY

JOAN M. AZRACK, USMJ                    DATE: 2/26/08

DOCKET: <u>CV-00-6977 (CBA)</u>        CASE: <u>Golden Bay Enterprises v. Wal-Mart Stores, Inc.</u>

☐ *Docket Clerks are directed to enter the following motions prior to docketing the minute entry:*

Oral motion for _____ by _____
Oral motion for _____ by _____

☑ **TELEPHONE**          ☐ **IN-PERSON**

**CIVIL CAUSE FOR:**
☐ INITIAL CONF.   ☐ STATUS CONF.   ☑ SETTLEMENT CONF.   ☐ DISCOVERY CONF.
☐ OTHER: _____

Time in court: ☐ 15   ☑ 30   ☐ 45   ☐ 60   ☐ Other: _____

FOR PLAINTIFF: JAMES BADIE

FOR DEFENDANT: JOHN McGLEW
(WILLIS ELECTRIC)

☐ *Docket Clerks are directed to enter the following Discovery Order(s):*

Pl. to make mot to enforce settlement

Briefing sch. set  3/21/08
                   4/4/08
                   4/11/08

☑ *Docket Clerks are directed to enter the following Scheduling Order(s):*

☐ Next conference on _____   ☐ Telephone   ☐ In-Person
☐ Pre-Trial Order by _____