UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
GOLDEN BAY ENTERPRISES, INC.,                               :
                                                            :
                            Plaintiff,      : Civil Action No. CV-00-6977(JMA)(CBA)
                                                            :
    -against-                                               :
                                            : **NOTICE OF CHANGE OF ADDRESS**
WAL-MART STORES, INC.,                                      :
                                                            :
                            Defendant.      :
------------------------------------------------------------X


      **PLEASE TAKE NOTICE**, that the address for the attorney for Plaintiff GOLDEN BAY ENTERPRISES, INC. has changed to:

> JAMES W. BADIE LAW OFFICES
> 521 Fifth Avenue, Suite 3300
> New York, New York 10175-3399
>
> Telephone: (212) 244-5632
> Facsimile: (212) 244-1364
> Email: badielaw@att.net

                                        Respectfully submitted,

Dated: New York, New York
       March 20, 2008
                                        James W. Badie
                                        *Attorney for Plaintiff Golden Bay Enterprises*
                                        521 Fifth Avenue, Suite 3300
                                        New York, New York 10175-3399
                                        Telephone: (212) 244-5632

TO:   John James McGlew, Esq.
        McGlew and Tuttle, P.C.
        *Attorneys for Defendant Wal-Mart Stores, Inc.*
        Scarborough Station Plaza
        Scarborough, New York 10510-9227
        Telephone: (914) 941-5775

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2008, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

> John James McGlew, Esq.
> McGlew and Tuttle, P.C.
> *Attorneys for Defendant Wal-Mart Stores, Inc.*
> Scarborough Station Plaza
> Scarborough, New York 10510-9227

James W. Badie
*Attorney for Plaintiff Golden Bay Enterprises*
521 Fifth Avenue, Suite 3300
New York, New York 10175-3399
Telephone: (212) 244-5632