APPENDIX II(a).

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Golden Bay Enterprises, | ) |
| Plaintiff, | ) |
| vs. | ) C.A. No.: CV-00-6977 (CBA) |
| Wal-Mart Stores, Inc. | ) |
| Defendant. | ) |

STIPULATION OF DISMISSAL

    The parties have entered into a settlement agreement as to all issues before the court in the captioned matter, and hereby stipulate dismissal of the Complaint and all Counterclaims with prejudice with the Court retaining jurisdiction of the parties as to settlement, and with each party bearing its own costs and attorney's fees.
    It is so ORDERED this 13 day of Oct, 2004.

                                                Joan M. Azrack
                                                United States Magistrate Judge

STIPULATED TO

James Badie
Counsel for Plaintiff

John James McGlew
Counsel for Defendant

*Exhibit "3"*