## STOLL, MISKIN & BADIE

ATTORNEYS AT LAW
4710 EMPIRE STATE BUILDING
350 FIFTH AVENUE, NEW YORK, NY 10118

JAMES W. BADIE
HOWARD C. MISKIN
ROBERT S. STOLL
GLORIA TSUI-YIP

PHILIPPE ZYBERG

SAMUEL J. STOLL (1947-2001)
DORIS S. HOFFMAN (1970-1997)

OF COUNSEL
DAVID M. McCONOUGHEY
JOHN P. McMAHON

TELEPHONE: (212) 244-5632
FAX: (212) 244-1364
(212) 268-0904
E-MAIL: BADIELAW@WORLDNET.ATT.NET

September 7, 2007

Mr. Henry Wu
Kingstate Midwest Corp.
306 Fifth Avenue, Fl. 5
New York, NY 10001-3600

Re: Settlement and Covenant Not To Sue Agreement

Dear Mr. Wu:

At the request of Mr. James Hsi of Golden Bay Enterprises, Inc., we enclose herewith a copy of a letter which we sent to Mr. Peter Chen, President of Willis Electric Co. Ltd., for your information.

Very truly yours,

James W. Badie

JWB/ns
Enclosure

cc: Mr. James Hsi

*Exhibit "4A"*