# STOLL, MISKIN & BADIE

### ATTORNEYS AT LAW
### 4710 EMPIRE STATE BUILDING
### 350 FIFTH AVENUE, NEW YORK, NY 10118

JAMES W. BADIE
HOWARD C. MISKIN
ROBERT S. STOLL
GLORIA TSUI-YIP

PHILIPPE ZYBERG

SAMUEL J. STOLL (1947-2001)
DORIS S. HOFFMAN (1970-1997)

OF COUNSEL
DAVID M.McCONOUGHEY
JOHN P. McMAHON

TELEPHONE: (212) 244-
FAX: (212) 244-
(212) 268-
E-MAIL: BADIELAW@WORLDNET.AT

August 28, 2007

Mr. Peter Chen
President
Willis Electric Co. Ltd.
14/F No. 55, Hsin Yi Road, Sec. 4
Taipei, Taiwan

Re:   Settlement and Covenant Not To Sue Agreement

Dear Mr. Chen:

We represent Golden Bay Enterprises, Inc. ("GB") and we recently discussed with Mr. James Hsi, President of GB, his letter of March 12, 2007 to you, a copy of which is enclosed herewith. We also discussed whether or not Willis Electric Co., Ltd. ("Willis") has been in compliance with the above-referenced Agreement. Mr. Hsi is concerned since he has found "Decorative Christmas Tree Illumination Assembly" ("Net Lights") in several stores and outlets within the New York area which infringe United States Patent No. 5,645,342, a copy of which is enclosed herewith.

As you may recall, Section 7 of the above-referenced Agreement provides as follows:

> 7.1   In the future, should Willis Electric decide
> to consider the use of Patents of Golden
> Bay or Wein Ace, Golden Bay and Wein
> Ace shall allow the use of such Patents
> under a mutually agreed term.

Our client is concerned since Willis appears to have disregarded Section 7 of the Agreement by its sale of Net Lights in the United States without reaching "a mutually agreed term" with GB.

*Exhibit "4B"*

Case 1:00-cv-06977-CBA-JMA   Document 36-6   Filed 03/20/08   Page 2 of 2

Letter to Mr. Peter Chen, President
Willis Electric Co. Ltd.
August 28, 2007

Page —2-


        In order to avoid any court action GB is prepared to discuss with you or
your authorized representative the term or terms under which Willis can sell such
Net Lights in the United States. We trust that we can agree to such term(s)
without the need for a court action. Accordingly, we look forward to your reply at
your earliest convenience.

                                        Very truly yours,


                                        James W. Badie


JWB/ns
Enclosure

cc:    Mr. James Hsi