*James W. Badie*
**LAW OFFICES**

| | |
|---|---|
| **521 FIFTH AVENUE, SUITE 3300**<br>NEW YORK, NY 10175-3399<br>TELEPHONE: (212) 244-5632<br>FAX: (212) 244-1364<br>EMAIL: BADIELAW@ATT.NET | **660 WHITE PLAINS ROAD**<br>SUITE 615<br>TARRYTOWN, NY 10591-5139<br>TELEPHONE: (914) 332-4490<br>FAX: (212) 244-1364 |

June 30, 2008

The Honorable Magistrate Joan M. Azrack
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 1210S
Brooklyn, New York 11201

      Re:    Golden Bay Enterprises, Inc. v. Wal-Mart Stores, Inc.
              Civil Action No. CV-00-6977 (CBA) (JMA)

Dear Judge Azrack:

      It is respectfully requested that the time to file written objection to the Report and Recommendation dated June 26, 2008 in the above-referenced action be extended by an additional ten (10) days to expire July 17, 2008.

      The Report and Recommendation was filed on June 26, 2008 and the written objection is due July 7th (July 6th being a Sunday). In view of the short week and prior personal commitments of the undersigned counsel, the time required to study the Report and Recommendation, discuss it with the client and file a written objection, the additional time is believed to be necessary to afford plaintiff sufficient time to prepare the objection.

      Accordingly, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, it is respectfully requested that the additional time be granted.

      Thank you for your consideration in this matter.

                                                          Respectfully submitted,

                                                          James W. Badie

JWB/ns
cc:    John James McGlew, Esq.